**LITE DePALMA GREENBERG & RIVAS, LLC**
Bruce D. Greenberg (BG-4894)
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Tel: 973-623-3000

**Attorneys for Plaintiff**

# RECEIVED

**MAR 2 7 2007**

AT 8:30 ___8:00 P___ M
WILLIAM T. WALSH, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Paul Richard and Jennifer Richard, husband and wife; Charles Kohler and Alicia Kohler, husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> Menu Foods Income Fund, a Canadian open-ended trust; Menu Foods Limited, a Canadian Corporation, Menu Foods Holdings, Inc., a Delaware Corporation; Menu Foods, Inc., a New Jersey Corporation; Menu Foods Midwest Corporation, a Delaware Corporation; Menu Foods South Dakota, Inc., a Delaware Corporation; ABC Partnerships, XYZ Corporations, <br><br> Defendant. | ) ) ) ) ) Civil Action No. ) ) ) ) **CERTIFICATE OF** ) **NON-ARBITRABILITY** ) ) ) ) ) |

Allyn Z. Lite, of full age, certifies that pursuant to L. Civ. R. 201.1 the within matter is not arbitrable, being that the Complaint seeks damages that are in an excess of $150,000 and injunctive relief.

Dated:  March 27, 2007

_____
Allyn Z. Lite

131104 v1

Dockets.Justia.com