# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

Paul Richard and Jennifer Richard,
husband and wife,

    Plaintiff,

      vs.

Menu Foods Income Fund, a Canadian open-ended trust,
Menu Foods Limited, a Canadian corporation,
Menu Foods Holdings, Inc., a Delaware corporation,
Menu Foods, Inc., a New Jersey corporation,
Menu Foods Midwest corporation, a Delaware
corporation, Menu Foods South Dakota, Inc.,
a Delaware corporation, ABC partnerships, XYZ corporations,

      Defendants.

    TO: (Name Address of Defendant)

    **MENU FOODS INCOME FUND**
    **8 Falconer Drive**
    **Mississauga, ON L5N 1B1**
    **Canada**

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____        _____
CLERK      DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[3] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and

discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.