RICHARD et al v. MENU FOODS INCOME FUND et al　　　　　　　　　　　　　　　　　　　　　　　　Doc. 4
Case 1:07-cv-01457-NLH-AMD　　Document 4　　Filed 04/11/2007　　Page 1 of 12
Case 1:07-cv-01457-NLH-AMD　　Document 2-5　　Filed 04/05/2007　　Page 1 of 2

# United States District Court

_____ DISTRICT OF NEW JERSEY _____

## SUMMONS IN A CIVIL ACTION

Paul Richard and Jennifer Richard,
husband and wife,

    Plaintiff,

vs.

Menu Foods Income Fund, a Canadian open-ended trust,
Menu Foods Limited, a Canadian corporation,
Menu Foods Holdings, Inc., a Delaware corporation,
Menu Foods, Inc., a New Jersey corporation,
Menu Foods Midwest corporation, a Delaware
corporation, Menu Foods South Dakota, Inc.,
a Delaware corporation, ABC partnerships, XYZ corporations,

    Defendants.

*Amended Complaint*

*07 cv 1457*

TO: (Name Address of Defendant)

**MENU FOODS INCOME FUND**
8 Falconer Drive
Mississauga, ON L5N 1B1
Canada

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**　　　　　　　　　4/11/07
CLERK　　　　　　　　　　　　　　　　　　DATE

*(signature)*
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[3] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

Paul Richard and Jennifer Richard,
husband and wife,

*Amended Complaint*

      Plaintiff,

07 cv 1457

    vs.

Menu Foods Income Fund, a Canadian open-ended trust,
Menu Foods Limited, a Canadian corporation,
Menu Foods Holdings, Inc., a Delaware corporation,
Menu Foods, Inc., a New Jersey corporation,
Menu Foods Midwest corporation, a Delaware
corporation, Menu Foods South Dakota, Inc.,
a Delaware corporation, ABC partnerships, XYZ corporations,

      Defendants.

TO: (Name Address of Defendant)

**MENU FOODS LIMITED**
8 Falconer Drive
Mississauga, ON L5N 1B1
Canada

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**      4-11-07
CLERK                    DATE

_Thomas Hagerty_
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[6] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

# United States District Court

_____DISTRICT OF NEW JERSEY_____

**SUMMONS IN A CIVIL ACTION**

*Amended Complaint*

Paul Richard and Jennifer Richard,
husband and wife,

        Plaintiff,

07 CV 1457

vs.

Menu Foods Income Fund, a Canadian open-ended trust,
Menu Foods Limited, a Canadian corporation,
Menu Foods Holdings, Inc., a Delaware corporation,
Menu Foods, Inc., a New Jersey corporation,
Menu Foods Midwest corporation, a Delaware
corporation, Menu Foods South Dakota, Inc.,
a Delaware corporation, ABC partnerships, XYZ corporations,

        Defendants.

TO: (Name Address of Defendant)

**MENU FOODS HOLDINGS, INC.**
8 Falconer Drive
Mississauga, ON L5N 1B1
Canada

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**        4-11-07

CLERK                      DATE

*[signature]*

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[5] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and

discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

# United States District Court

_____DISTRICT OF NEW JERSEY_____

**DOCUMENT ELECTRONICALLY FILED**

**SUMMONS IN A CIVIL ACTION**

Paul Richard and Jennifer Richard,
husband and wife,

*Amended Complaint*

Plaintiff,

07 cv 1457

vs.

Menu Foods Income Fund, a Canadian open-ended trust,
Menu Foods Limited, a Canadian corporation,
Menu Foods Holdings, Inc., a Delaware corporation,
Menu Foods, Inc., a New Jersey corporation,
Menu Foods Midwest corporation, a Delaware
corporation, Menu Foods South Dakota, Inc.,
a Delaware corporation, ABC partnerships, XYZ corporations,

Defendants.

TO: (Name Address of Defendant)

MENU FOODS INC.
9130 Griffith Morgan Lane
Pennsauken, NJ 08110-3211

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Joseph J. DePalma
Lite DePalma Greenberg & Rivas, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**          4-11-07
CLERK                           DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _____    _____
              *Date*                   *Signature if Server*


_____
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

# United States District Court

_____ DISTRICT OF NEW JERSEY _____

## SUMMONS IN A CIVIL ACTION

Paul Richard and Jennifer Richard,
husband and wife,

    Plaintiff,

    vs.

Menu Foods Income Fund, a Canadian open-ended trust,
Menu Foods Limited, a Canadian corporation,
Menu Foods Holdings, Inc., a Delaware corporation,
Menu Foods, Inc., a New Jersey corporation,
Menu Foods Midwest corporation, a Delaware
corporation, Menu Foods South Dakota, Inc.,
a Delaware corporation, ABC partnerships, XYZ corporations,

    Defendants.

*Amended Complaint*

*07 cv 1457*

TO: (Name Address of Defendant)

MENU FOODS MIDWEST CORPORATION
1400 E Logan Ave
Emporia, KS , 66801-6822

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**
CLERK

_4-11-07_
DATE

_/s/ Thos Huge_
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[2] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and

discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.

_____

# United States District Court

_____DISTRICT OF NEW JERSEY_____

## SUMMONS IN A CIVIL ACTION

Paul Richard and Jennifer Richard,
husband and wife,

        Plaintiff,

vs.

Menu Foods Income Fund, a Canadian open-ended trust,
Menu Foods Limited, a Canadian corporation,
Menu Foods Holdings, Inc., a Delaware corporation,
Menu Foods, Inc., a New Jersey corporation,
Menu Foods Midwest corporation, a Delaware
corporation, Menu Foods South Dakota, Inc.,
a Delaware corporation, ABC partnerships, XYZ corporations,

        Defendants.

*Amended Complaint*

07 cv 1457

TO: (Name Address of Defendant)

MENU FOODS SOUTH DAKOTA, INC.
630 North Derby Lane North
Sioux City, SD 57049

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Joseph J. DePalma
    Lite DePalma Greenberg & Rivas, LLC
    Two Gateway Center, 12th Floor
    Newark, New Jersey 07102

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH         4-11-07

CLERK                                  DATE

*/s/ signature/*

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned executed: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedures.