Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods Income Fund, Menu Foods Limited,
Menu Foods Holdings, Inc., Menu Foods, Inc.,
Menu Foods Midwest Corporation
and Menu Foods South Dakota, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL RICHARD and JENNIFER RICHARD, husband and wife, CHARLES KOHLER and ALICIA KOHLER, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS INCOME FUND, a Canadian open-ended trust, MENU FOODS LIMITED, a Canadian corporation, MENU FOODS HOLDINGS, INC., a Delaware corporation, MENU FOODS, INC., a New Jersey corporation, MENU FOODS MIDWEST CORPORATION, a Delaware corporation, MENU FOODS SOUTH DAKOTA, INC., a Delaware corporation, ABC partnerships, XYZ corporations,<br><br>Defendants. | Civil Action No.: 07-cv-1457 (NLH)<br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE that the undersigned attorneys for the moving party defendants Menu Foods Income Fund, Menu Foods Limited, Menu Foods Holdings, Inc., Menu Foods, Inc., Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc., shall move before the

{F:\wdox\docs\004005\00001\01566823.DOC; 1}

Honorable Noel L. Hillman of the United States District Court for the District of New Jersey sitting in Camden, New Jersey on Friday, May 18, 2007 at 9 a.m. or as soon thereafter as counsel may be heard for an Order staying this litigation pending the ruling by the Judicial Panel on Multidistrict Litigation (MDL) with respect to four (4) Motions to Transfer and Consolidate numerous Class Action Complaints, which applications are presently scheduled for Hearing before the MDL Panel on May 31, 2007 at the United States Courthouse in Las Vegas, Nevada. In the alternative, the moving parties seek an extension of time to file a responsive pleading to the plaintiff's Complaint until 30 days after the decision by the MDL Panel with respect to the pending Motions to Transfer and Consolidate.

In support of the pending Motion, the moving party shall rely upon the Certification of Counsel, as well as the attached Memorandum of Law. Oral Argument is respectfully requested.

Respectfully submitted,
HILL WALLACK LLP

BY: *Gerard H Hanson*
Gerard H. Hanson