Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods Income Fund, Menu Foods Limited,
Menu Foods Holdings, Inc., Menu Foods, Inc.,
Menu Foods Midwest Corporation
and Menu Foods South Dakota, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL RICHARD and JENNIFER RICHARD, husband and wife, CHARLES KOHLER and ALICIA KOHLER, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS INCOME FUND, a Canadian open-ended trust, MENU FOODS LIMITED, a Canadian corporation, MENU FOODS HOLDINGS, INC., a Delaware corporation, MENU FOODS, INC., a New Jersey corporation, MENU FOODS MIDWEST CORPORATION, a Delaware corporation, MENU FOODS SOUTH DAKOTA, INC., a Delaware corporation, ABC partnerships, XYZ corporations,<br><br>Defendants. | Civil Action No.: 07-cv-1457 (NLH)<br><br>ORDER |

THIS MATTER being presented to the Honorable Noel L. Hillman of the United States District Court for the District of New Jersey by Gerard H. Hanson, Esq. on behalf of Hill

Wallack, attorneys for the moving party defendants; and the court having considered the papers submitted, and for good cause being shown:

IT IS on this _____ day of May, 2007 hereby ORDERED that this lawsuit is stayed pending the decision by the Judicial Panel on Multidistrict Litigation with respect to pending Motions to Transfer and Consolidate lawsuits identified as the "Pet Food Product Liability Litigation," bearing MDL Docket 1850.

 

Noel L. Hillman, Judge
United States District Court

{F:\wdox\docs\004005\00001\01567151.DOC; 1}