

# HILL WALLACK LLP
## ATTORNEYS AT LAW

202 Carnegie Center, CN 5226, Princeton, NJ 08543-5226
Telephone: (609) 924-0808, Fax: (609) 452-1888
WWW.HILLWALLACK.COM

Writer's Direct Dial: (609) 734-6390

July 23, 2007

Honorable Noel L. Hillman
United States District Court
Federal Building
One John F. Gerry Plaza, Room 6020
Camden, NJ 08101

    Re:    In re Pet Food Products Liability Litigation, 07cv2867 (NLH)(AMD)
              Paul Richard v. Menu Foods Income Fund, et al 07-cv-1457(NLH)(AMD)

Dear Judge Hillman:

    As local New Jersey counsel for the Menu Food defendants in the above-captioned matter, we are electronically filing the attached Consent Order, which has been executed by New Jersey counsel for the plaintiffs. This Consent Order acknowledges service of the Summons and Amended Complaint, and extends the time to answer for a period of 60 days from the date of the Order, or as otherwise ordered in the MDL proceeding captioned In Re Pet Food Liability Litigation bearing Docket No. 07-cv-2867. Assuming this Consent Order meets with Your Honor's approval, we ask that you kindly execute and file on the ECF system. Thank you for your attention to this matter.

                                          Respectfully submitted,

                                          GERARD H. HANSON
                                          GHH@HillWallack.com

GHH:kg
Enclosure
cc: Bruce D. Greenberg, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL RICHARD and JENNIFER RICHARD, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS INCOME FUND, a Canadian open-ended trust, MENU FOODS LIMITED, a Canadian corporation, MENU FOODS HOLDINGS, INC., a Delaware corporation, MENU FOODS, INC., a New Jersey corporation, MENU FOODS MIDWEST CORPORATION, a Delaware corporation, MENU FOODS SOUTH DAKOTA, INC., a Delaware corporation, ABC partnerships, XYZ corporations,<br><br>Defendants. | Civil Action No.: 07-cv-1457 (NLH)<br><br>CONSENT ORDER |

THIS MATTER being jointly opened to the court by Bruce D. Greenberg, Esquire on behalf of Lite DePalma Greenberg & Rivas, LLC, as local counsel for the plaintiffs, and by Gerard H. Hanson, Esquire on behalf of Hill Wallack LLP, as local counsel for the Menu Foods defendants; and the defendants having agreed to accept service of process on behalf of the defendants by acknowledging receipt of the Summons and Amended Class Action Complaint, and the plaintiffs having consented to a 60-day extension of time from the date of this Order for the defendants to file a responsive pleading, or as otherwise ordered in the MDL proceeding; and for good cause being shown:

IT IS on this _____ day of July 2007 hereby ORDERED that the defendants shall file a responsive pleading within 60 days from the date of this Order, or at such other time as ordered

in the MDL proceeding captioned as In Re Pet Food Litigation bearing Docket Number 07-cv-2867.

                                       Noel L. Hillman, Judge
                                       United States District Court

| New Jersey Counsel | New Jersey Counsel |
|---|---|
| */s/ Bruce D. Greenberg*<br>Bruce D. Greenberg, Esq.<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Counsel for Plaintiffs | */s/ Gerard H. Hanson*<br>Gerard H. Hanson, Esq.<br>Hill Wallack LLP<br>202 Carnegie Center, CN 5226<br>CN 5226<br>Princeton, NJ 08543-5226<br>ghh@hillwallack.com |
| Andrew S. Friedman, Esq.<br>Bonnett, Fairbourn, Friedman & Balint, PC<br>2901 North Central Ave., Suite 1000<br>Phoenix, AZ 85012-3311 | Pro Hac Vice Counsel<br><br>Matthew Lepore, Esq.<br>DLA PIPER US LLP<br>1200 Nineteenth Street, NW<br>Washington, DC 20036-2412<br>(matthew.lepore@dlapiper.com)<br><br>Amy Weinfeld Schulman, Esq.<br>DLA PIPER US LLP<br>1251 Avenues of the Americas, 27th Floor<br>New York, NY 10020-1104<br>(amy.schulman@dlapiper.com)<br><br>Attorneys for the Defendants,<br>Menu Foods Income Fund, Menu Foods Limited, Menu Foods Holdings, Inc., Menu Foods, Inc., Menu Foods Midwest Corporation and Menu Foods South Dakota, Inc. |